IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALONZO HODGES,                )
                              )
          Plaintiff,          )   Civil Action No. 07-249
                              )
     v.                       )   Judge Lancaster
                              )   Magistrate Judge Caiazza
HARRY WILSON, et al.,         )
                              )
          Defendants.         )

## MEMORANDUM ORDER

Alonzo Hodges' civil rights complaint was received by the Clerk of Court on February 27, 2007, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on April 4, 2007, recommended that the Plaintiff's Motion for a Temporary Restraining Order be denied. The parties were allowed ten days from the date of service of the report to file objections. The Plaintiff filed objections on April 18, 2007.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this _20TH_ day of _APRIL_, 2007,

IT IS HEREBY ORDERED that the Plaintiff's Motion for a Temporary Restraining Order (Doc. 5) is DENIED.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 11), dated April 4, 2007, is adopted as the opinion of the court.

BY THE COURT:

_____
Gary L. Lancaster
U.S. District Court Judge

cc:
ALONZO HODGES
ADA-2951
SCI Fayette
Post Office Box 9999
LaBelle, PA 15450-0999