# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALONZO HODGES,               )
                             )
        Plaintiff,            )   Civil Action No. 07-249
                             )
    v.                        )   Judge Lancaster
                             )   Magistrate Judge Caiazza
HARRY WILSON, *et al.*,       )
                             )
        Defendants.           )

## MEMORANDUM ORDER

Alonzo Hodges' civil rights complaint was received by the Clerk of Court on February 27, 2007, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's report and recommendation, filed on November 15, 2007, recommended that the motion to dismiss filed by defendant Dr. Saavedra be granted, and that the Plaintiff's two motions to amend his complaint be denied. The parties were allowed ten days from the date of service of the report to file objections. The Plaintiff filed objections on December 14, 2007 (Doc. 68).

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this __31ST__ day of __Dec__, 2007,

IT IS HEREBY ORDERED that the motion to dismiss filed by defendant Peter Saavedra (Doc. 25) is GRANTED. IT IS FURTHER ORDERED that the Plaintiff's Motions to Amend the Complaint (Docs. 48 and 52) are DENIED.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 64), dated November 15, 2007, is adopted as the opinion of the court.

_____
Gary L. Lancaster
U.S. District Court Judge

cc:
ALONZO HODGES
ADA-2951
SCI Fayette
Post Office Box 9999
LaBelle, PA 15450-0999