# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALONZO HODGES, | )<br>) |
| Plaintiff, | ) Civil Action No. 07-249<br>) |
| v. | ) Judge Lancaster<br>) Magistrate Judge Bissoon |
| HARRY WILSON, *et al.*, | ) In re: Doc. 88<br>) |
| Defendants. | ) |

## MEMORANDUM ORDER

Alonzo Hodges' civil rights complaint was received by the Clerk of Court on February 27, 2007, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The matter has since been referred to Magistrate Judge Cathy Bissoon.

The Magistrate Judge's report and recommendation, filed on July 14, 2008, recommended that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 88) be denied. The parties were allowed ten days from the date of service of the reports to file objections. The Plaintiff filed objections on July 29, 2008 (Doc. 113).

After de novo review of the pleadings and documents in the case, together with the Reports and Recommendations and the objections thereto, the following order is entered:

AND NOW, this 2nd day of Sept, 2008,

IT IS HEREBY ORDERED that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 88) is DENIED.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 110), dated July 14, 2008, is adopted as the opinion of the court.

_____
Gary L. Lancaster
U.S. District Court Judge

cc:
ALONZO HODGES
ADA-2951
SCI Fayette
Post Office Box 9999
LaBelle, PA 15450-0999