# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALONZO HODGES, | ) |
| Plaintiff, | ) Civil Action No. 07-249 |
| v. | ) Judge Lancaster |
| | ) Magistrate Judge Bissoon |
| HARRY WILSON, et al., | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Alonzo Hodges' complaint pursuant to 42 U.S.C. §1983 was received by the court on February 27, 2007, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The case was later assigned to Magistrate Judge Cathy Bissoon.

The Magistrate Judge's Report and Recommendation, filed on October 28, 2008, recommended that the Defendants' Motion for Summary Judgment be granted. The parties were allowed ten days from the date of service to file objections. Hodges filed objections and supporting documents on November 13, 2008 (Docs. 124-127).

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this 25th day of Nov, 2008,

IT IS HEREBY ORDERED that the Defendants' Motion for Summary Judgment (Doc. 91) is GRANTED.

The Report and Recommendation of Magistrate Judge Bissoon (Doc. 122), dated October 28, 2008, is adopted as the opinion of the court.

Gary L. Lancaster
U.S. District Court Judge

cc:
ALONZO HODGES
DA-2951
SCI Fayette
P.O.Box 9999
LaBelle, PA 15450-0999